**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                       General Court Number
Clerk                                                                                    415.522.2000

**December 30, 2011**

**CASE NUMBER:  CV 11-06584 DMR**
**CASE TITLE:  HOLLY JONES-v-AMERICAN MEDICAL SYSTEMS**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Paul S. Grewal** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PSG** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/30/11

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
                                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                            Entered in Computer 12/30/11 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                    Transferor CSA